<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN A. TRAVELINO, Sr., | : |
| Plaintiff, | : Civil Case No. 09-998 (FSH) |
| v. | : **<u>STANDING ORDER</u>** |
| | : **<u>REQUIRING SUBMISSION OF</u>** |
| BOILERMAKERS NATIONAL HEALTH & | : **<u>INFORMATION REGARDING</u>** |
| WELFARE FUND, | : **<u>REMOVAL</u>** |
| Defendant. | : Date: March 11, 2009 |

<u>**HOCHBERG, District Judge**</u>

Upon removal of the action and for good cause, the Court hereby orders the removing Defendants **by March 26, 2009** to serve and file a submission providing the below information. Plaintiff must <u>also</u> serve and file a submission responding to point #5 below **by March 26, 2009** if Defendant is asserting diversity jurisdiction:

1. A full explanation if all Defendants served at the time of removal did not join in the notice of removal.

2. A full explanation if the notice of removal was dated more than thirty (30) days after the first Defendant was served.

3. If the action has been removed on grounds of diversity jurisdiction, a statement if any of the Defendants served at the time of removal is a citizen of the forum state.

4. If the action has been removed on grounds of diversity jurisdiction, the citizenship of Plaintiff and all named Defendants.

5. If the action has been removed on grounds of diversity jurisdiction, <u>both parties</u> must submit a good faith estimate of the amount in controversy with supporting documentation, including relevant medical records and bills.

6. If the action has been removed on the basis of federal question jurisdiction, the federal statutory provision that gives rise to the jurisdiction and the <u>specific</u> section that provides Plaintiff with a private right of action.

If the Plaintiff has a response to Defendant's submission, such response shall be filed and served **by April 2, 2009**. Any motion to remand the action to state court based on any procedural defects in the removal must be filed, if at all, thirty (30) days after removal or sooner. *See* 28 U.S.C. § 1447(c).

IT IS SO ORDERED.

      /s/ **Hon. Faith S. Hochberg**
Hon. Faith S. Hochberg, U.S.D.J.